United States Bankruptcy Court

Southern District of Florida

In re: Case No. 24-12086-CLC
Duniel Marin Bernal Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1      User: admin      Page 1 of 3
Date Rcvd: Mar 07, 2024      Form ID: pdf008      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Duniel Marin Bernal, 3171 SW 14TH ST APT 2, Miami, FL 33145-1089 |
| 97279154 | + | Cornerstone, Pob Box 145122, Salt Lake City, UT 84114-5122 |
| 97279160 | + | Foris Dax, Inc. d/b/a Crypto.com, c/o Kubs Lalchandani, 25 SE 2ND Avenue, Suite 1020, Miami, FL 33131-1604 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: OGCBankruptcy@floridarevenue.com | Mar 07 2024 22:43:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallhassee, FL 32314-6668 |
| 97279146 | + | Email/Text: backoffice@affirm.com | Mar 07 2024 22:44:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 97279147 | + | Email/PDF: bncnotices@becket-lee.com | Mar 07 2024 22:46:25 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 97279149 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Mar 07 2024 22:44:00 | Checksystems, 7805 Hudson Rd, Saint Paul, MN 55125-1594 |
| 97279150 | + | Email/Text: OGCBankruptcy@floridarevenue.com | Mar 07 2024 22:43:00 | Child Support Enforcement, PO Box 8030, Tallahassee, FL 32314-8030 |
| 97279151 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 07 2024 22:44:00 | Comenity/Alphaeoncos, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 97279152 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 07 2024 22:44:00 | Comenity/Ikea, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 97279153 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 07 2024 22:44:00 | Comenitycb/el Dorado, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 97279165 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 07 2024 22:46:34 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 97279156 | + | Email/Text: mrdiscen@discover.com | Mar 07 2024 22:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 97279157 | | Email/Text: bankruptcycourts@equifax.com | Mar 07 2024 22:44:00 | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374 |
| 97279158 | ^ | MEBN | Mar 07 2024 22:34:00 | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 97279159 | | Email/Text: OGCBankruptcy@floridarevenue.com | Mar 07 2024 22:43:00 | Florida Department Of Revenue, 5050 W Tennessee St, Tallahassee, FL 32399-0110 |
| 97279161 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 07 2024 22:44:00 | Gm Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 97279163 | ^ | MEBN | Mar 07 2024 22:34:48 | Honorable Merrick Garland, Attorney General, Dept of Justice #4400, 950 Pennsylvania Ave NW, |

| District/off: 113C-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 07, 2024 | Form ID: pdf008 | Total Noticed: 30 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Washington, DC 20530-0009 |
| 97279155 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 07 2024 22:44:00 | Department of the Treasury, PO Box 21126, Philadelphia, PA 19114 |
| 97279148 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 07 2024 22:46:31 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 97279166 | + | Email/PDF: pa_dc_claims@navient.com | Mar 07 2024 22:46:32 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 97279167 | | Email/Text: mhslegal@mhs.net | Mar 07 2024 22:44:00 | South Broward Hospital District, 3111 Stirling Road, Fort Lauderdale, FL 33312 |
| 97279168 | + | Email/Text: collbknotices@sccu.com | Mar 07 2024 22:44:00 | Space Coast Credit Union, Attn: Bankruptcy, 8045 N Wickham Road, Melbourne, FL 32940-7920 |
| 97279169 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 07 2024 22:46:46 | Syncb/google, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 97279170 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 07 2024 22:46:33 | Synchrony Bank/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 97279171 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 07 2024 22:46:32 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 97279172 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 07 2024 22:46:40 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 97279173 | ^ | MEBN | Mar 07 2024 22:33:48 | Transunion, Attn: Bankruptcy Dept., P.O. Box 2000, Chester, PA 19016-2000 |
| 97279162 | | Email/Text: USAFLS.Bankruptcy@usdoj.gov | Mar 07 2024 22:43:00 | Honorable Markenzy Lapointe, US Attorney for Southern District, 99 NE 4 St, Miami, FL 33132 |
| 97279174 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 07 2024 22:46:42 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 97279164 | * | IRS Centralized Bankruptcy Department, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 09, 2024          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2024 at the address(es) listed

| | | |
|---|---|---|
| District/off: 113C-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 07, 2024 | Form ID: pdf008 | Total Noticed: 30 |

below:

| Name | Email Address |
|---|---|
| Jose A Blanco | on behalf of Debtor Duniel Marin Bernal eservice@blancopa.com  Blanco.JoseA.R105197@notify.bestcase.com |
| Nancy K. Neidich | e2c8f01@ch13miami.com  ecf2@ch13miami.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ _____ Original Plan
☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Duniel Marin Bernal      JOINT DEBTOR: _____      CASE NO.: _____
SS#: xxx-xx- 8359                 SS#: xxx-xx- _____

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section IX | ☒ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,923.81 for months 1 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**  ☐ NONE  ☐ PRO BONO

| Total Fees: | $5,200.00 | Total Paid: | $2,500.00 | Balance Due: | $2,700.00 |
| Payable | $1,350.00 /month (Months 1 to 2 ) | | | | |

Allowed fees under LR 2016-I(B)(2) are itemized below:
Safe Harbor: $5,000.00 Attorney's Fees + $200.00 Costs = $5,200.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS   ☐ NONE

**A. SECURED CLAIMS:** ☒ NONE

**B. VALUATION OF COLLATERAL:** ☒ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ☒ NONE
2. **VEHICLES(S):** ☒ NONE
3. **PERSONAL PROPERTY:** ☒ NONE

**C. LIEN AVOIDANCE** ☒ NONE

**D. SURRENDER OF COLLATERAL:** ☒ NONE

Debtor(s): Duniel Marin Bernal          Case number: _____

**E. DIRECT PAYMENTS**   ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee. The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

|   | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Space Coast Credit Union | 1273 | 2023 Hyundai Elantra |

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]   ■ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**   ☐ NONE

A. Pay $336.43 /month (Months 1 to 2 )

   Pay $1,686.43 /month (Months 3 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. SEPARATELY CLASSIFIED:   ■ NONE

**VI. STUDENT LOAN PROGRAM**   ☐ NONE

A. FEDERAL - Direct Pay   ■ None

B. PRIVATE – Paid in the Chapter 13 Plan   ■ None

**VII. EXECUTORY CONTRACTS AND UNEXPIRED LEASES**   ■ NONE

**VIII. INCOME TAX RETURNS AND REFUNDS:**

■ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

**IX. NON-STANDARD PLAN PROVISIONS**   ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Confirmation of the plan shall not bar Debtor's counsel from filing an Application for Compensation for any work performed before confirmation.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Duniel Marin Bernal_     Debtor   Date          _____ Joint Debtor   Date

/s/ Jose A. Blanco, Esq.        Date

Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]

By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.

Debtor(s): Duniel Marin Bernal                     Case number: _____

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.