

ORDERED in the Southern District of Florida on May 9, 2024.

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Duniel Marin Bernal                                    Case No.: 24-12086-CLC
                                                                  Chapter 13
            Debtor(s)              /

**ORDER GRANTING MOTION TO WAIVE REQUIREMENT OF WAGE DEDUCTION ORDER**

THIS MATTER was heard on the Court's consent calendar on April 30, 2024 at 9:00 AM upon Debtor's Motion to Waive Requirement of Wage Deduction Order [ECF#18], IT IS;

ORDERED AND ADJUDGED:
1. Debtor's Motion to Waive Requirement of Wage Deduction Order is granted.
2. The Requirement of the Wage Deduction Order is waived.

# # #

Respectfully Submitted By: **JOSE A. BLANCO, P.A.,** Jose A. Blanco | FBN: 062449, Attorney for Debtor(s), 102 E 49th ST, Hialeah, FL 33013, Tel. (305) 349-3463, E-Mail: jose@blancopa.com

Attorney Blanco is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.